UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW YORK KNICKS, LLC, | |
| Plaintiff, | Case No. 23-CV-7394 (JGLC) |
| v. | |
| MAPLE LEAF SPORTS & ENTERTAINMENT LTD., d/b/a TORONTO RAPTORS, DARKO RAJAKOVIĆ, NOAH LEWIS, IKECHUKWU AZOTAM, and JOHN DOES 1-10, | **STIPULATION & ORDER** |
| Defendants. | |

**IT IS HEREBY STIPULATED AND AGREED,** by and between the parties, by their undersigned counsel, that (i) the date for Plaintiff New York Knicks, LLC to respond to the Defendants' motion to compel arbitration and dismiss the action (ECF No. 21) is hereby extended to November 20, 2023, and (ii) the date for Defendants Maple Leaf Sports & Entertainment Ltd., Darko Rajaković, Noah Lewis, and Ikechukwu Azotam to file a reply is extended to December 11, 2023.  This Stipulation is without prejudice to any party's right to seek an additional extension of time with respect to these filings.

Dated: November 17, 2023

Respectfully submitted,

**Cleary Gottlieb Steen & Hamilton LLP**       **Walden Macht & Haran LLP**

/s/ *Jeffrey A. Rosenthal*_____          /s/ *Jim Walden*_____
  Jeffrey A. Rosenthal                    Jim Walden
  One Liberty Plaza                       250 Vesey Street, 27th Floor
  New York, NY 10006                      New York, NY 10281
  Tel: (212) 225-2000                     Tel: (212) 335-2031

Fax: (212) 225-3999
jrosenthal@cgsh.com

*Counsel for Defendants MLSE,
Darko Rajaković, Noah Lewis, and
Ikechukwu Azotam*

Fax: (212) 335-2040
jwalden@wmhlaw.com

*Counsel for Plaintiff New York
Knicks, LLC*

SO ORDERED:

*Jessica Clarke*

JESSICA G. L. CLARKE
UNITED STATES DISTRICT JUDGE

Dated: November 20, 2023
　　　New York, New York