

250 Vesey Street
27th Floor
New York, NY 10281

wmhwlaw.com
T: 212-335-2030
F: 212-335-2040



March 1, 2025

**Via ECF**

Re:   *New York Knicks, LLC v. Maple Leaf Sports & Entertainment Ltd. et al.*,
      1:23-cv-07394-JGLC

Dear Judge Clarke,

Pursuant to the Court's December 16, 2024, order (ECF No. 48), we write on behalf of all parties to update the Court on the status of the arbitration. On December 13, 2024, after the parties filed their last joint status report, the NBA scheduled a hearing for the week of July 21, 2025, and the parties have been proceeding in accordance with an agreed-upon pre-hearing process and schedule.

Respectfully submitted,

WALDEN MACHT
HARAN & WILLIAMS LLP

/s/ *Jim Walden*
By: Jim Walden
jwalden@wmhwlaw.com
250 Vesey St, 27th Floor
New York, New York 10281
Tel: (212) 335-2031
Fax: (212) 335-2040

*Counsel for Plaintiff*
*New York Knicks, LLC*

CLEARY GOTTLIEB STEEN
& HAMILTON LLP

/s/ *Jeffrey A. Rosenthal*
By: Jeffrey A. Rosenthal
jrosenthal@cgsh.com
A Member of the Firm
One Liberty Plaza
New York, New York 10006
Tel: (212) 225-2000
Fax: (212) 225-3999

*Counsel for Defendants MLSE, Darko Rajaković, Noah Lewis and Ikechukwu Azotam*

Parties are directed to submit a joint status letter within one week of the conclusion of the hearing.

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: March 3, 2025
       New York, New York