UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NEW YORK KNICKS, LLC,

                Plaintiff,

        v.

MAPLE LEAF SPORTS &
ENTERTAINMENT LTD., d/b/a TORONTO
RAPTORS, DARKO RAJAKOVIĆ, NOAH
LEWIS, IKECHUKWU AZOTAM, and
JOHN DOES 1-10,

                Defendants.

---

Case No. 23-cv-07394 (JGLC)

**STIPULATION OF VOLUNTARY DISMISSAL**

---

      **IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned

counsel that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the above captioned action is voluntarily

dismissed with prejudice against all defendants.

Dated: October 10, 2025
New York, New York

                                    Respectfully submitted,

| | |
|---|---|
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | WALDEN MACHT HARAN & WILLIAMS LLP |
| /s/ *Jeffrey A. Rosenthal* | *[signature]* |
| By: Jeffrey A. Rosenthal | By: Jim Walden |
| jrosenthal@cgsh.com | jwalden@wmhwlaw.com |
| A Member of the Firm | 250 Vesey St, 27th Floor |
| One Liberty Plaza | New York, New York 10281 |
| New York, New York 10006 | (212) 335-2030 |
| (212) 225-2000 | |
| | *Counsel for Plaintiff New York Knicks, LLC* |
| *Counsel for Defendants MLSE, Darko Rajaković, Noah Lewis and Ikechukwu Azotam* | |