UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW YORK KNICKS, LLC,<br><br>                    Plaintiff,<br><br>v.<br><br>MAPLE LEAF SPORTS & ENTERTAINMENT LTD., d/b/a TORONTO RAPTORS, DARKO RAJAKOVIĆ, NOAH LEWIS, IKECHUKWU AZOTAM, and JOHN DOES 1-10,<br><br>                    Defendants. | Case No. 23-cv-07394 (JGLC)<br><br>**STIPULATION OF VOLUNTARY DISMISSAL** |

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned counsel that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the above captioned action is voluntarily dismissed with prejudice against all defendants.

Dated: October 14, 2025
New York, New York

                                                                        Respectfully submitted,

CLEARY GOTTLIEB STEEN                         WALDEN MACHT HARAN &
& HAMILTON LLP                                WILLIAMS LLP

/s/ *Jeffrey A. Rosenthal*
_____                     _____
By: Jeffrey A. Rosenthal                      By: Jim Walden
jrosenthal@cgsh.com                           jwalden@wmhwlaw.com
A Member of the Firm                          250 Vesey St, 27th Floor
One Liberty Plaza                             New York, New York 10281
New York, New York 10006                      (212) 335-2030
(212) 225-2000
                                              *Counsel for Plaintiff New York*
*Counsel for Defendants MLSE,*                *Knicks, LLC*
*Darko Rajaković, Noah Lewis*
*and Ikechukwu Azotam*